443 A.2d 405

Commonwealth v. Short, Appellant.
Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted June 22, 1981. Richard L. Shoap, for appellant; John F. Nelson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

Judgment of sentence affirmed.